IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DORIS WATSON, :

    Plaintiff, :

vs. : CA 11-0292-C

MICHAEL J. ASTRUE, :
Commissioner of Social Security,
 :
    Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 19th day of March, 2012.

        s/WILLIAM E. CASSADY
       **UNITED STATES MAGISTRATE JUDGE**